**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| THOMAS LESLIE KIRKPATRICK, | ) | No. SACV 11-1531-AHS(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| AREA FAKOURY (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED:  October 27, 2011

*ALICEMARIE H. STOTLER*
───────────────────────────
ALICEMARIE STOTLER
United States District Judge